**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

MOHAN NAYAK,

              Plaintiff,

    v.

KIMCO REALTY CORPORATION,
MILTON COOPER, CONOR C.
FLYNN, MARY HOGAN PREUSSE,
PHILLIP E. COVIELLO, FRANK
LOURENSO, HENRY MONIZ,
VALERIE RICHARDSON, AND
RICHARD B. SALTZMAN,

              Defendants.

Civil Action No. 1:21-cv-05501-JSR

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Mohan Nayak hereby voluntarily dismisses his individual claims in the above-captioned consolidated action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 4, 2021

Respectfully submitted,

By: */s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ LAW FIRM, P.C.**
1190 Broadway
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*